DONALD F. TRIPP, Respondent, *v.* PAUL S. VAN BAARN, Appellant.

Submitted September 30, 1940; decided October 8, 1940.

*Edward A. Lipton* for motion.
*Lyman Stansky* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the order is not a final determination and is one of reversal.